Decided June 2, 2004

DEREK BOSTIC *v.* LAWRENCE SOUCY ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 82 Conn. App. 356 (AC 23822), is denied.

SULLIVAN, C. J., did not participate in the consideration or decision of this petition.

*Sean C. Connors,* in support of the petition.

*Edward G. Fitzpatrick,* in opposition.

Decided June 2, 2004

STATE OF CONNECTICUT *v.* ROGER A. JONES

The defendant's petition for certification for appeal from the Appellate Court, 82 Conn. App. 81 (AC 24224), is denied.

*Neal Cone,* senior assistant public defender, in support of the petition.

*Rita M. Shair,* senior assistant state's attorney, in opposition.

Decided June 2, 2004